UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHMEIL LUNGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN )<br>)<br>Defendant(s). )<br>)<br>)<br>) | Civil Action No.  18-cv-3120 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**<u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. ("Experian") files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and removes this civil action from the Supreme Court of the State of New York, County of Rockland, where it is now pending as Index No. 031158/2018, to the United States District Court for the Southern District of New York. In support of this Notice, Experian states the following grounds:

1. An action was filed by Plaintiff Shmeil Lunger ("Plaintiff") in the District Court of the State of New York, County of Rockland, entitled *Shmeil Lunger v. Experian*, Index No. 031158/2018 (the "State Court Action").

2. Experian was served with the Summons and Complaint on or about March 12, 2018.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, pursuant to 28 U.S.C. § 1446(b).

- 2 -

4.  A copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

5.  This Court is the proper district court for removal because the State Court Action is pending within this district.

6.  This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 in that this civil action arises under the Constitution or laws of the United States.

7.  Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.  The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9.  Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: April 9, 2018    Respectfully submitted,

*/s/ Kerianne Tobitsch*
Kerianne Tobitsch
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-8321
Facsimile: (212) 755-7306
Email: ktobitsch@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

To   Edward B. Geller, Esq., P.C.
     Of Counsel to M. Harvey Rephen & Associates, P.C.
     15 Landing Way
     Bronx, NY 10464
     (914) 473-6783
     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kerianne Tobitsch, certify that on April 9, 2018, I caused the foregoing to be filed with the Clerk of the Court and served on all counsel of record.

*/s/ Kerianne Tobitsch*
Kerianne Tobitsch

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*
